===================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CAROL D. PERRY,
                Plaintiff,

v.                                        JUDGMENT IN A CIVIL ACTION

M. MOSHER, *Schenectady Police Officer, Badge No. 146, Jointly and Severally,* STEVE BERNARD, *Schenectady Police Officer, Badge No. 67, Jointly and Severally,* SHELDON, *Schenectady Police Officer, Badge No. 37, Jointly and Severally,*
                Defendants,         1:06-CV–00077(NPM/DRH)

**X** **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **Pursuant to the Jury Verdict returned in open court before the Hon. Neal P. McCurn, Senior USDJ, on June 27, 2007 at the trial of this action in United States District Court for the Northern District of New York in Syracuse, NY,**

   **IT IS ORDERED AND ADJUDGED:** That judgment is entered in favor of the defendants M. Mosher, Steven Bernard, and Steven Sheldon and as against the plaintiff Carol D. Perry and that the complaint is dismissed in its entirety.

**Date: June 28, 2007**                                            **Lawrence K. Baerman**
                                                                **Clerk**

                                                                 /S/
                                                          **Phillip T. McBrearty**
                                                          **(by) Courtroom Deputy**